1  WILLIAM J. FLYNN, Cal. Bar No. 95371
   SCOTT M. DE NARDO, Cal. Bar No. 216749
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   44 Montgomery Street, Suite 2080
3  San Francisco, CA  94104
   TEL:  (415) 677-9440
4  FAX: (415) 677-9445
   Email: sdenardo@neyhartlaw.com
5
   Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         (San Francisco Division)

10
    SACRAMENTO AREA ELECTRICAL      ) Case No.  C 07-2027 TEH
11  WORKERS HEALTH AND WELFARE      )
    TRUST; LOCAL 340 of the         ) NOTICE OF VOLUNTARY DISMISSAL
12  INTERNATIONAL BROTHERHOOD OF    )
    ELECTRICAL WORKERS, AFL-CIO; and,)
13  A.C. STEELMAN, as Trustee of the Plaintiff ) **Hearing Date:**
    Trust,                          ) **Time:**
14                                  ) **Courtroom:**   12
                Plaintiffs,         ) **Location:**    19th Floor,
15                                  )                  450 Golden Gate Ave.
          vs.                       )                  San Francisco, CA
16                                  ) **Judge:**       Hon. Thelton E. Henderson
    E-Z ELECTRIC, INC., an Oregon Corporation, )
17                                  )
                Defendant.          )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25  _____)

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**                                          0
Case No. C-07-2027 TEH

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action against all parties without prejudice.

Dated: August 21, 2007

Respectfully submitted,

Scott M. De Nardo
NEYHART, ANDERSON, FLYNN & GROSBOLL
Attorneys for Plaintiffs SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; LOCAL 340 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; and, A.C. STEELMAN, as Trustee of the Plaintiff Trust,



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
08/22/07